```
                                              FILED
                                        U.S. DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

2007 JAN -9  P 12: 25

CENTRAL DIVISION          DISTRICT OF UTAH

BY:_____
        DEPUTY CLERK

| | |
|---|---|
| MICHAEL RICHARD LUESSE JR., | ) |
| Plaintiff, | ) Case No. 1:05-CV-123 PGC |
| v. | ) District Judge Paul Cassell |
| STATE OF UTAH et al., | ) **O R D E R** |
| Defendants. | ) Magistrate Judge Samuel Alba |

On November 3, 2006, the Court ordered Plaintiff to within thirty days show cause why his prisoner civil rights complaint should not be dismissed for failure to prosecute. In that order, the Court noted that the Court had not heard from Plaintiff since December 29, 2005. The order to show cause was returned, marked, "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." Plaintiff still has not otherwise contacted the Court.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed for failure to prosecute.[1]

DATED this 9th day of January, 2007.

BY THE COURT:

PAUL G. CASSELL
United States District Judge

---

[1] *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31, 82 S. Ct. 1386, 1388-89 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).